UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| **United States of America** | : | MOTION TO WITHDRAW AS COUNSEL |
| | : | |
| - v - | : | |
| | : | 23-MJ-3400 (UA) |
| **Nirvani Sabess** | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - x

The undersigned attorney respectfully moves to withdraw as counsel for Nirvani Sabess, as Ms. Sabess has retained Scott Migden as private counsel.

Dated:   May 2, 2023

Respectfully submitted,

/s/ Kristoff I. Williams

**Kristoff I. Williams**
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007
Kristoff_Williams@fd.org
(212)-417-8791