UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Order of Continuance** |
| v. | 23  Mag. 3400 |
| NIRVANI SABESS, | |
| Defendants. | |

Upon the application of the United States of America and the affirmation of Adam Sowlati, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with wire fraud, in violation of Title 18 United States Code, Sections 1343 and 2; and aggravated identity theft in violation of Title 18, United States Code, Section 1028A and 2, in a complaint dated April 27, 2023, and was arrested on April 28, 2023, and presented before Judge Ona T. Wang on the same day; Judge Wang set a preliminary hearing date for May 30, 2023;

It is further found that, on May 30, 2023, Judge Katharine H. Parker issued a 30-day continuance until June 29, 2023, to give the parties an opportunity to continue discussions about a possible disposition;

It is further found that counsel for the defendant and the Government have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of 30 days to July 29, 2023, to engage in further discussions with defense counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived their rights to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until July 29, 2023, and that a copy of this Order and the affirmation of Assistant United States Attorney Adam Sowlati be served by email on defense counsel by the United States Attorney's Office.

Dated: New York, New York
       June 29, 2023

_____
United States Magistrate Judge
Southern District of New York